## UNITED STATES DISTRICT COURT
### Northern District of California
### 450 Golden Gate Avenue
### San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

## March 23, 2012

**CASE NUMBER:  CV 12-00724 SI**  
**CASE TITLE:  DUNN ET AL-v-AIR & LIQUID SYSTEMS CORPORATION ET AL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/23/12

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects  
Log Book Noted                          Entered in Computer 3/23/12 ha

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                 Transferor CSA